UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOE, *subscriber assigned IP address 71.247.214.251*,

                Defendant.

23-CV-10527 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff has filed a motion to pursue a Rule 45 subpoena in advance of the Rule 26(f) conference in this case, seeking only identifying information of the defendant from Verizon Fios (defendant's ISP) and only for purposes of properly serving the defendant with the complaint. Plaintiff's motion is granted based on the authorities cited in support of the motion, Dkt. 9, which establish good cause for pursuing this subpoena. However, this is without prejudice to Verizon raising any objections that it may have to the subpoena. Further, Strike 3 should advise Verizon that in advance of responding to the subpoena with the information requested, Verizon should send the defendant a notice and copy of the subpoena. *See* Fed. R. Civ. P. 45(a)(4). Strike 3 is further advised to follow the Court's Individual Practices, including its letter-motion requirement for discovery motions, in the future. The Clerk is directed to terminate Dkt. 8.

      SO ORDERED.

Dated: January 3, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge