UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

    -against-

JOHN DOE,

                Defendant.

23-cv-10527 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On January 3, 2024, the Court granted Plaintiff's motion for discovery regarding Defendant's IP address so that Defendant could be served with the complaint. Dkt. 10. By February 29, 2024, at 5:00 p.m., Plaintiff shall file a letter updating the Court on the status of this case.

    SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                ARUN SUBRAMANIAN
                                United States District Judge